# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1391**
**CA 12-01134**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

CALVIN BAKER, PLAINTIFF-APPELLANT,

V                                                                    ORDER

FRANK MURANO AND DONNA MURANO,
DEFENDANTS-RESPONDENTS.
------------------------------------------
FRANK MURANO AND DONNA MURANO,
THIRD-PARTY PLAINTIFFS,

V

WILLIAM PATTON, DOING BUSINESS AS PATTON
HOME IMPROVEMENT, THIRD-PARTY DEFENDANT.

---

SEGAR & SCIORTINO PLLC, ROCHESTER (STEPHEN A. SEGAR OF COUNSEL), FOR PLAINTIFF-APPELLANT.

HISCOCK & BARCLAY, LLP, ROCHESTER (ROBERT M. SHADDOCK OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from a judgment and order (one paper) of the Supreme Court, Monroe County (John J. Ark, J.), entered December 9, 2011. The judgment and order, insofar as appealed from, denied plaintiff's motion for partial summary judgment.

Now, upon the stipulation of settlement and discontinuance of action signed by the attorneys for the parties and filed in the Monroe County Clerk's Office on September 17, 2012,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  February 1, 2013                          Frances E. Cafarell
                                                    Clerk of the Court